NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CROWN PACKAGING TECHNOLOGY, INC.** AND
**CROWN CORK & SEAL USA, INC.,**
*Plaintiffs-Appellants,*

v.

**BALL METAL BEVERAGE CONTAINER CORPORATION,**
*Defendant-Appellee.*

---

2012-1258

---

Appeal from the United States District Court for the Southern District of Ohio in case no. 05-CV-0281, Judge Walter H. Rice.

---

ON MOTION

---

ORDER

The parties jointly move for a 14-day extension of time, until August 16, 2012, for Ball Metal Beverage Container Corporation to file its response brief, and for a 3-day extension of time, until September 7, 2012, for

Crown Packaging Technology, Inc. and Crown Cork & Seal USA, Inc. to file their reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**JUL 16 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Dale M. Heist, Esq.
     John David Luken, Esq.

s26

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 16 2012

JAN HORBALY
CLERK